STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
PAMELA A. MARTIN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336
Email: pam.martin@usdoj.gov
Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:10-mj-00681- NJK |
| Plaintiff, | |
| v. | **MOTION TO DISMISS COMPLAINT** |
| FNU LNU3, aka SAUL, | **AND QUASH WARRANT** |
| Defendant. | |

COMES NOW the United States of America, by and through STEVEN W. MYHRE, Acting United States Attorney, and PAMELA A. MARTIN, Assistant United States Attorney, and files this Motion to Dismiss the Complaint and Quash the Arrest Warrant as to defendant FNU LNU3, aka SAUL only.

On September 8, 2010, a Criminal Complaint was filed charging defendant FNU LNU3, aka SAUL with violating the Controlled Substances Act by Conspiring to Distribute a Controlled Substance and Possession with Intent to Distribute a Controlled Substance. FNU LNU3, aka SAUL has never been identified by the Drug Enforcement Administration nor the United States Marshals Service. Both agencies are unable to execute the Arrest Warrant as to this defendant.

Therefore, the United States respectfully requests that as to defendant FNU LNU3, aka SAUL only, the Complaint be dismissed as to him and the corresponding Arrest Warrant issued for FNU LNU3, aka SAUL be quashed.

Dated this 24th day of March 2017.

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney

/s/*Pamela A. Martin*
PAMELA A. MARTIN
Assistant United States Attorney

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 12, 2019